JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
PRINCETON HUMMINGWAY                               **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 00-470-DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| PRINCETON HUMMINGWAY, ) | Date: November 10, 2005 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Hon. David F. Levi |
| _____ ) | |

    Defendant Princeton Hummingway, through counsel John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Thomas Flynn, hereby stipulate and request that the Court continue the status conference concerning the supervised release petition in this case from October 13, 2005, to **November 10, 2005, at 10:00 a.m.**

    The reason for this request is because of a scheduling conflict of defense counsel as well as the need for additional time to attempt a disposition in this case.

    U.S. Probation Officer Cynthia Mazzei has been informed of this requested continuance and has no objection.

Mr. Hummingway is out of custody and also concurs.

DATED: October 11, 2005

/s/ JOHN BALAZS
JOHN BALAZS

Attorney for Defendant
Princeton Hummingway

DATED: October 11, 2005

McGREGOR W. SCOTT
U.S. Attorney

By: /s/ THOMAS FLYNN
THOMAS FLYNN

Assistant U.S. Attorney
[signed with permission]

**ORDER**

IT IS SO ORDERED.

DATED: October 13, 2005

DAVID F. LEVI
United States District Judge

2