JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant **OK/HAV**
PRINCETON HUMMINGWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 00-470-DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| PRINCETON HUMMINGWAY, ) | Date:  January 12, 2006 |
| ) | Time:  1:30 p.m. |
| Defendant. ) | Hon. David F. Levi |
| _____ ) | |

    Defendant Princeton Hummingway, through counsel John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Thomas Flynn, hereby stipulate and request that the Court vacate the hearing on the petition for violation of supervised release on December 2, 2005, and set a motion schedule and evidentiary hearing as follows:

    Defense Motion to Dismiss:        December 15, 2005

    Government's Response due:        January 5, 2006

    Defense reply, if any, due:        January 9, 2006

    Motion and evidentiary hearing:        **January 12, 2006**, 1:30 p.m.

    Mr. Hummingway intends to deny the allegations in the petition and testify in his own behalf.  Further, he desires time to prepare a

1  motion to dismiss charge 3, which alleges that he failed to submit to
2  DNA testing.  This will be primarily a legal motion, arguing that,
3  because Mr. Hummingway was not ordered to submit to DNA testing as a
4  condition of supervised release, charge 3 should be dismissed.  Mr.
5  Hummingway also contests the remaining charges and desires to testify
6  concerning those charges.  For these reasons, the parties stipulate and
7  request that the Court set the above schedule and hearing.  The Speedy
8  Trial Act is inapplicable.

10 DATED: November 29, 2005
11                                    /s/ JOHN BALAZS
                                      JOHN BALAZS
12
                                      Attorney for Defendant
13                                    Princeton Hummingway

15 DATED: November 29, 2005
                                      McGREGOR W. SCOTT
16                                    U.S. Attorney

18                          By:       /s/ THOMAS FLYNN
                                      THOMAS FLYNN

19                                    Assistant U.S. Attorney
                                      [signed with permission]

**ORDER**

_____IT IS SO ORDERED.

DATED: 11/30/2005

                                      _____
                                      DAVID F. LEVI
                                      United States District Judge

2