1  McGREGOR W. SCOTT
   United States Attorney
2  THOMAS E. FLYNN
   Assistant U.S. Attorney
3  Chief of Appeals
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2727            **OK/HAV**

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   CR. NO. S-00-470-DFL
                                  )
12         Plaintiff,             )   GOVERNMENT'S REQUEST FOR AN
                                  )   EXTENSION OF TIME TO FILE ITS
13     v.                         )   RESPONSE AND FOR CONTINUANCE
                                  )   OF THE MOTION AND EVIDENCE
14 PRINCETON HUMMINGWAY,          )   HEARING AND PROPOSED ORDER
                                  )
15         Defendant.             )   DATE:  February 16, 2006
                                  )   TIME:  1:30 p.m.
16 _____)   CRTRM: Hon. David F. Levi

17     The United States requests an extension of time until

18 February 2, 2006, to file its response to defendant's motion to

19 dismiss the petition for revocation of the defendant's supervised

20 release.  The government also requests that the Court vacate the

21 hearing perviously scheduled for January 12, 2006, at 1:30 p.m., and

22 reschedule it for February 16, 2006, at 1:30 p.m.

23     The original schedule called for the government's response to

24 be filed on January 5, 2006, and the hearing to be held on

25 January 12, 2006.  The government's attorney was on annual leave

26 from December 24, 2005, through January 2, 2006.  This would

27 ordinarily have allowed enough time to file the response, but the

28 ///

                                  1

1  same attorney has been sick since January 1 and has been unable to

2  work on the response.

3      Government counsel has been unable contact John Balazs, counsel

4  for defendant, so he is not aware of whether defendant would have an

5  objection to this continuance.  The new date for the hearing has

6  been chosen to accommodate the Court's schedule and that of the

7  probation officer.

8  DATED:  January 11, 2006                McGREGOR W. SCOTT
                                           United States Attorney
9

10                                 By:  /s/ JASON HITT for
                                        THOMAS E. FLYNN
11                                      Assistant U.S. Attorney
                                        Chief of Appeals
12

13                          O R D E R

14      IT IS HEREBY ORDERED that the government's response to

15  defendant's motion to dismiss is due February 2, 2006.  The

16  defendant's reply brief, if any, is due no later than February 9,

17  2006.  The hearing previously scheduled for January 12, 2006, is

18  rescheduled to February 16, 2006, at 1:30 p.m.

19  DATED: January 10, 2006

20

21

22  _____
    DAVID F. LEVI
23  United States District Judge

24

25

26

27

28

                          2

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 11, 2006, she served a copy of Government's Request for an Extension of Time to File Its Response and for Continuance of the Hearing and Proposed Order by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

John Balazs
Attorney at Law
916 2nd Street, 2nd Floor
Sacramento, CA 95814


/s/ CARRIE D. QUIRK
CARRIE D. QUIRK