```
JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com                          OK/HAV

Attorney for Defendant
PRINCETON HUMMINGWAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 00-470-DFL |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| PRINCETON HUMMINGWAY, | Date: March 30, 2006 |
| | Time: 1:30 p.m. |
| Defendant. | Hon. David F. Levi |

Defendant Princeton Hummingway, through counsel John Balazs, and the United States, through its attorney, Assistant U.S. Attorney Thomas Flynn, hereby stipulate and request that the Court vacate the dates scheduled for defendant's reply brief and the motion and evidentiary hearing on the supervised release petition, and instead set the due date for defendant's reply brief on the motion to dismiss for March 10, 2006, and set the motion hearing and evidentiary hearing in this case on **March 30, 2006, at 1:30 p.m.**

The reason for this request is that undersigned counsel is in the midst of a complicated trial in front of Judge Shubb in the Northern District of California in United States v. Mohsen, No. 03-95-WBS.

Although the trial week is Mondays through Wednesdays, counsel would like to use the date currently scheduled for hearing (2/16) for needed trial preparation for the following week's testimony.  Further, defendant Hummingway desires additional time to consult with and give input to counsel concerning the response to the motion to dismiss count three.

    U.S. Probation Officer Cynthia Mazzei has been informed of this requested continuance and has no objection.

    Mr. Hummingway is out of custody and also concurs.

DATED: February 10, 2006

    /s/ JOHN BALAZS
    JOHN BALAZS

    Attorney for Defendant
    Princeton Hummingway

DATED: February 10, 2006

    McGREGOR W. SCOTT
    U.S. Attorney

By:    /s/ THOMAS FLYNN
    THOMAS FLYNN

    Assistant U.S. Attorney
    [signed with permission]

////
////
////
////

1 **ORDER**

2      IT IS SO ORDERED.

3 DATED: February 10, 2006

_____
DAVID F. LEVI
Chief United States District Judge