JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
PRINCETON HUMMINGWAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 00-470-DFL |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| PRINCETON HUMMINGWAY, | ) | |
| | ) | |
| Defendant. | ) | Hon. David F. Levi |
| _____ | ) | |

This case came on for a hearing on March 30, 2006, to consider a petition to revoke Hummingway's supervised release.  The United States was represented by Assistant U.S. Attorney, Thomas E. Flynn, and Hummingway by his appointed counsel, John Balazs.  After considering the briefs and arguments of counsel, the Court declines to revoke Hummingway's terms of supervised release as follows: In addition to complying with the terms of supervised release previously imposed, Hummingway:

1.      shall submit a sample of his DNA at the time and in a manner determined by his probation officer; and

2.      shall obtain paying employment sufficient to allow him to begin making restitution payments, or,

1
          shall make restitution payments through other means
          approved by the probation officer.  In connection

2
          with this he shall take the advice of his probation
          officer about available jobs and shall work out a

3
          budget, satisfactory to his probation officer, that
          specifies how much of his income will go towards

4
          the payment of restitution.

5
The petition to revoke Hummingway's supervised release is dismissed.

6

7
**ORDER**

8
      IT IS SO ORDERED.

9
DATED: April 21, 2006          /s/ David F. Levi

10
                                   Hon. David F. Levi
                                   Chief U.S. District Judge