FILED

AUG 22 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>PRINCETON HUMMINGWAY,<br><br>                Defendant. | CASE NO. 2:00-CR-00470-RAM<br><br>**ORDER RE RESTITUTION** |

    It has come to the Court's attention that one of the victims in this case is now deceased. Therefore,

    IT IS HEREBY ORDERED that the victim Laurie Houck shall be changed for the purposes of restitution, and restitution payments will now be made payable to his surviving spouse, Margaret Houck. The financial unit for the U.S. District Court Clerk's Office for the Eastern District of California is directed to reflect such change in their records for the above-entitled case.

Dated: 8-21-2014

_____
JOHN A. MENDEZ
United States District Court Judge

Order Re Restitution